**MEMORANDUM**

TO: HONORABLE ALISON J. NATHAN
United States District Judge

FROM: Joshua A. Rothman
U.S. Pretrial Services Officer

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 29 2016
```

*Roberts, Mark*

RE: ~~Wainright, Prince~~
DOCKET#: 16 CR 148-7

The attached memorandum prepared by Pretrial Services Officer:

| **Joshua A. Rothman** | 212-805-4139 |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[X]   My office will inform all parties concerned that I will conduct a Bail Review Hearing in

Courtroom # **906** on **7/1/16** at **11:00 am**.
                        Date              Time

[ ]   I request that a Bail Review Hearing be conducted by:

    [ ]   The presiding Magistrate Judge in courtroom # 5A.

    [ ]   The District Court Judge presiding in Part I.

    [ ]   _____ at his/her earliest convenience.
       Judicial Officer

[ ]   So ordered: _[signature]_____   Date **June 29, 2016**